THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-240-JLR |
| Plaintiff, | |
| v. | ORDER GRANTING IN PART UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| MELTON TAYLOR ADDINGTON, | |
| Defendant. | |

THE COURT has considered Melton Addington's unopposed motion to continue the pretrial motions deadline and all the records in this case.

IT IS NOW ORDERED that pretrial motions are due by January 2, 2020.

DONE this 30th day of December, 2019.

_____
The Honorable James L. Robart
U.S District Court Judge

Presented by:

s/ *Christopher Sanders*
Assistant Federal Public Defender
Attorney for Melton Addington

ORDER TO CONTINUE PRETRIAL
MOTIONS DEADLINE
(*United States v. Addington*, CR19-240-JLR) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100