UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MELTON TAYLOR ADDINGTON,<br>BRANDON MELITO ,<br><br>　　　　　　　　Defendant. | CASE NO. CR19-0240JLR<br><br>ORDER CONTINUING TRIAL DATE |

The court has considered the motion to continue the trial date of Defendant Brandon Melito (Dkt. # 34) and the notice of joinder by Defendant Melton Taylor Addington (Dkt. # 36). For the reasons set forth therein, the court finds that the parties have exercised and are exercising due diligence in the discovery and trial preparation process, within the meaning of 18 USC § 3161(h)(7)(B), and that the requested continuance would promote substantial justice.

The court further finds, pursuant to 18 USC § 3161(h)(7)(A), that the ends of justice served by a continuance outweigh the interests of the public and the defendants in a speedy trial in this matter. This is based on the further finding that the failure to grant the requested continuance would likely result in a miscarriage of justice and, also, that it would deny defense counsel the reasonable time necessary for effective preparation, even assuming the exercise of due diligence. 18 USC § 3161(h)(7)(B)(i) and (iv).

The court further finds that the period of time from the date of this order, up to and including the new trial date of April 13, 2020, shall be excludable time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The defendants' speedy trial waivers are noted.

IT IS THEREFORE ORDERED that the trial in this matter is continued until April 13, 2020. The new pre-trial motion cutoff date shall be March 5, 2020.

Dated this 3rd day of January, 2020.

_____
The Honorable James L. Robart
U.S District Court Judge