U.S. District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-240JLR |
| Plaintiff, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| v. | ~~(Proposed)~~ |
| MELTON TAYLOR ADDINGTON, BRANDON MELITO, | |
| Defendants. | |

This matter comes before the Court upon a stipulated motion to dismiss all pending charges in this matter as to defendants. Having reviewed the motion, and being otherwise fully advised, now, therefore,

IT IS HEREBY ORDERED:

///

///

///

Order of Dismissal
CR18-240JRL- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All pending counts in the above-captioned case as to both defendants are hereby dismissed without prejudice. Defendants' pretrial release bonds are hereby exonerated as to this matter.

DATED this 19th day of March, 2020.

*(signature)*
JAMES L. ROBART
United States District Judge

Presented by:
*/s/ Vincent T. Lombardi*
VINCENT T. LOMBARDI
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
E-mail: vince.lombardi@usdoj.gov

Order of Dismissal
CR18-240JRL- 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970